LAW OFFICE OF IRENE KARBELASHVILI
Irene Karbelashvili, State Bar Number 232223
Irakli Karbelashvili, State Bar Number 302971
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for RACHELLE RIDOLA, Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE RIDOLA, <br><br>  Plaintiff, <br><br> vs. <br><br> STORAGE SOLUTIONS DOWNTOWN SAN JOSE, LLC, a Delaware limited liability company; and DOES 1-20, inclusive, <br><br>  Defendants. | Case No. 16-cv-06269-EJD <br><br> **NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL PARTIES OF INTEREST:

Notice is hereby given that the parties to the above-captioned matter have reached a settlement which fully resolves the claims herein. The parties respectfully request that all matters currently on calendar be vacated. It is anticipated by the parties that dismissal documents, including a consent decree, will be filed with the Court in the next 45 days.

Dated: March 19, 2017        *s/ Irene Karbelashvili*
                             Irene Karbelashvili, Attorney for Plaintiff
                             Rachelle Ridola